EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Arturo L. Dávila Toro | 2012 TSPR 188 <br><br> 187 DPR ____ |

Número del Caso: TS-8344

Fecha: 21 de diciembre de 2012

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Arturo L. Dávila Toro

TS-8344

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de diciembre de 2012.

Examinada la *Segunda Solicitud de Reinstalación al Ejercicio de la Abogacía*, se ordena reinstalar. Se le conceden treinta (30) días, para que conteste las quejas AB-2008-106 y AB-2010-039. Acuda a la Oficina del Procurador General para obtener la información correspondiente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo